IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03075-BNB

ATORRUS RAINER,

    Plaintiff,

v.

SERGEANT EMMANUELLE OKENTUMBI, Sued in his Individual and Official
    Capacities, and
JOHN AND JANE DOES 1 THROUGH 20, Sued in Their Individual and Official
    Capacities,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 25, 2013, at Denver, Colorado.

                                                     BY THE COURT:

                                                     s/ Boyd N. Boland
                                                     United States Magistrate Judge