IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 12-cv-03075-MSK-MEH | **FTR – Courtroom A501** |
| **Date:** May 15, 2013 | Cathy Pearson, Courtroom Deputy |

ATORRUS RAINER,                                              *Pro Se* (by telephone)

    Plaintiff,

v.

SERGEANT OKENTUNMBI,           Chris Alber

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC PRELIMINARY SCHEDULING/STATUS CONFERENCE**

**Court in session:**     9:57 a.m.

The Court calls case.  Appearances of *pro se* Plaintiff and counsel for Defendant.

Discussion regarding the status of the case and the pending motions referred to this Court by Chief Judge Krieger this morning.

Discussion regarding Defendant's Motion to Stay Discovery (Doc. 22, filed 4/26/13) and Plaintiff's Request for Extension of Time to Respond to Defendants' Rule 12(b)(6) Motion to Dismiss (Doc. 25, filed 5/3/13).

**ORDERED:**  1.  Defendant's Motion to Stay Discovery (Doc. 22, filed 4/26/13) is GRANTED.

2. Plaintiff's Request for Extension of Time to Respond to Defendants' Rule 12(b)(6) Motion to Dismiss (Doc. 25, filed 5/3/13) is GRANTED. Plaintiff shall file his response to Defendant's Motion to Dismiss on or before **May 22, 2013.**

3. A Telephonic Status Conference is set for **July 1, 2013, at 9:30 a.m.** Plaintiff shall participate in this conference by telephone.  Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

Plaintiff is reminded to advise the Court of any change of addresses.

**Court in recess:**     10:03 a.m.     (Hearing concluded)
Total time in court:     0:06

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.