IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03075-MSK-MEH

ATORRUS RAINER,

    Plaintiff,

v.

SERGEANT OKENTUMBI, in his individual and official capacities, and
JOHN AND JANE DOES 1 THROUGH 20, in their individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2014.**

    Plaintiff's Unopposed Motion to Modify Scheduling Order [filed December 2, 2014; docket #56] is **granted**. Plaintiff seeks to extend the discovery deadline from November 20, 2014 to January 31, 2015. First, pursuant to Fed. R. Civ. P. 6(b)(1)(B), Plaintiff must demonstrate excusable neglect for failing to make this request before November 20, 2014. Plaintiff cites his caseload and family illness as reasons for both the delay in filing the request, and for the request itself. While these reasons provide good cause for an extension of time, the Court does not necessarily find that a relative's illness in September or a Tenth Circuit oral argument on November 19, 2014 constitute excusable neglect for failing to file a motion for the extension of time ob or before November 20, 2014. Nonetheless, because the motion is unopposed, the Court will grant it. The proposed discovery deadline is after the current dispositive motion deadline expires and the Court will adjust that deadline accordingly. Paragraph 9 of Scheduling Order (docket #55) is modified as follows:

b.     Discovery Cut-Off:     January 31, 2015.

c.     Dispositive Motion Deadline:     March 2, 2015.

All other aspects of the Court's May 6, 2014 Scheduling Order remain the same.